**Leta E. Gorman**, OSB # 984015
E-mail: leta.gorman@jordanramis.com
JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373
    Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and
CitiMortgage, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RICK L. SOVEREIGN and AMY J. SOVEREIGN,** | Case No. 3:11-cv-00995-BR |
| Plaintiffs, | STIPULATED ORDER DISBURSING SECURITY |
| v. | |
| **DEUTSCHE BANK, MORTGAGEIT, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, CITIMORTGAGE and CAL-WESTERN RECONVEYANCE CORPORATION,** | |
| Defendants. | |

Pursuant to this Court's March 5, 2012, Opinion and Order, AND based on the

stipulation of counsel for defendants Deutsche Bank, MortgageIt, Inc., CitiMortgage, Inc.,

Mortgage Electronic Registration Systems, Inc. and Cal-Western Reconveyance Corporation,

AND the Court, being fully advised, it is hereby ORDERED that:

Page 1 - STIPULATED ORDER DISBURSING SECURITY

The clerk shall immediately disburse the security ($500 cash bond) currently held

in this matter to CitiMortgage, Inc., and send such funds to the attention of its attorney, Leta E.

Gorman, Jordan Ramis PC, Two Centerpointe Drive, 6th Floor, Lake Oswego, OR 97035.

**IT IS SO ORDERED.**

Dated this _16th_ day of March, 2012.

_____
The Honorable Anna J. Brown
U.S. District Court Judge

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

_____
By: Financial Administrator

STIPULATED AND PRESENTED BY:

/s/ Leta E. Gorman
Leta E. Gorman, OSB # 984015
Jordan Ramis PC
Two Centerpointe Drive, 6th Floor
Lake Oswego, OR 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373
leta.gorman@jordanramis.com
Attorneys for Defendants Mortgage Electronic
Registration Systems, Inc. and CitiMortgage, Inc

STIPULATED BY:

/s/ Timothy B. Hering
Timothy B. Hering, OSB # 052820
Dunn, Carney, Allen, Higgins & Tongue, LLP
851 SW Sixth Ave Ste 1500
Portland OR 97204
Facsimile: (503) 224-7324
E-mail: thering@dunncarney.com
Attorneys for Defendant Cal-Western Reconveyance Corporation

Page 2 - STIPULATED ORDER DISBURSING SECURITY

/s/  Blake J. Robinson
Blake J Robinson, OSB # 084543
Davis Wright Tremaine LLP
1300 SW Fifth Ave Ste 2300
Portland OR 97201
Facsimile:  (503) 778-5299
E-mail:  blakerobinson@dwt.com
Attorneys for Defendants Deutsche Bank and MorgageIt, Inc.

Page 3 - STIPULATED ORDER DISBURSING SECURITY

51283-70097 431239_1.DOC\TEMP/3/15/2012