**Timothy B. Hering, OSB No. 052820**
Email: thering@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503.224.6440
Facsimile: 503.224.7324

Attorneys for Cal-Western Reconveyance Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RICK L. SOVEREIGN** and **AMY J. SOVEREIGN,** | No. 3:11-cv-00995-BR |
| Plaintiffs, | [~~PROPOSED~~] **JUDGMENT** |
| v. | |
| **DEUTSCHE BANK, MORTGAGEIT, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, CITIMORTGAGE** and **CAL-WESTERN RECONVEYANCE CORPORATION,** | |
| Defendants. | |

Based on the record, it is ORDERED AND ADJUDGED that all of Plaintiffs' claims asserted in this action are dismissed with prejudice.

DATED this 16 day of May, 2012.

_____
Honorable Anna J. Brown
U.S. District Court Judge

Page 1   [PROPOSED] JUDGMENT
DCAPDX_777188_V1
CAL52-6